**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAR 19 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-50155 |
| Plaintiff-Appellee, | D.C. No. 2:07-cr-00812-DSF |
| v. | |
| CARLOS JONATHAN GONZALEZ BECERRA, a.k.a. Carlos Jonathan Becerra, a.k.a. Jonathan Becerra, a.k.a. Carlos Jonathan Gonzalez, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Submitted March 12, 2019[**]

Before:     LEAVY, BEA, and N.R. SMITH, Circuit Judges.

Carlos Jonathan Gonzalez Becerra appeals from the revocation of supervised

release and the six-month sentence imposed upon revocation.  Pursuant to *Anders*

*v. California*, 386 U.S. 738 (1967), Becerra's counsel has filed a brief stating that

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Becerra the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed. However, the court has considered Becerra's letter dated July 27, 2018.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**